UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-00132 DLJ |
| Plaintiff, | ORDER |
| v. | |
| DELOYD JONES, | |
| Defendant. | |

GOOD CAUSE APPEARING: it is hereby ordered that the setting previously scheduled for June 11, 2009 at 12:00 noon is vacated. The new setting date will be July 24, 2009, at 9:00 a.m.

DATED:   June 11, 2009

HON. D. LOWELL JENSEN

United States District Judge